| AO 436 (Rev. 04/13) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS<br>**AUDIO RECORDING ORDER** | | |
|---|---|---|---|
| Read Instructions. | | | |
| 1. NAME<br>Dave Hendricks | 2. PHONE NUMBER<br>(860) 961-7365 | 3. EMAIL ADDRESS<br>dhendricks@nexstar.tv | |
| 4. MAILING ADDRESS<br>904 N. 8th Street | 5. CITY<br>McAllen | 6. STATE<br>Texas | 7. ZIP CODE<br>78501 |
| 8. CASE NUMBER<br>2:25-mj-00424 | 9. CASE NAME<br>USA v. Jensen | DATES OF PROCEEDINGS<br>10. FROM 4/23/2025 | 11. TO 4/25/2025 |
| 12. PRESIDING JUDGE<br>U.S. Magistrate Judge Dustin B. Pead | | LOCATION OF PROCEEDINGS<br>13. CITY Salt Lake City | 14. STATE Utah |

**15. ORDER FOR**

☐ APPEAL       ☒ CRIMINAL       ☐ CRIMINAL JUSTICE ACT       ☐ BANKRUPTCY
☐ NON-APPEAL   ☐ CIVIL          ☐ IN FORMA PAUPERIS          ☐ OTHER (Specify)

**16. AUDIO RECORDING REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which duplicate recordings are requested.)

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Specify) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | Detention Hearing | 04/24/2025 |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| ☐ DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER | | |
| ☒ RECORDABLE COMPACT DISC - CD | 1 | 34.00 |
| ☐ ELECTRONIC FILE (via email, digital download, or other Judicial Conference Approved Media) | | |
| | **ESTIMATE TOTAL** | 34.00 |

CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| 18. SIGNATURE | 19. DATE |
|---|---|
| /s/ | 4/25/2025 |

| PROCESSED BY | | | | PHONE NUMBER<br>801-524-6100 |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | DEPOSIT PAID | |
| DEPOSIT PAID | 04/25/2025 | S.G | TOTAL CHARGES | 34.00 |
| TAPE / CD DUPLICATED (if applicable) | | | LESS DEPOSIT | 34.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE/CD (if applicable) | | | TOTAL REFUNDED | |
| PARTY RECEIVED AUDIO RECORDING | | | TOTAL DUE | 34.00 |

**DISTRIBUTION:**   COURT COPY   ORDER RECEIPT   ORDER COPY